# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                          **GREENBELT, MARYLAND 20770**
                                                                                                   **301-344-0052**

## M E M O R A N D U M
## **SEALED**

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *USA v. Kyle Daniels*
               Criminal No. RWT-13-0188

DATE:     September 3, 2014

                                      \* \* \* \* \* \* \* \* \*

      Due to a conflict in the Court's calendar, the sealed sentencing hearing scheduled for November 7, 2014 at 10:00 a.m. is hereby **RESCHEDULED** for November 7, 2014 at 9:00 a.m.

      Despite the informal nature of this ruling, it shall constitute a sealed Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                             /s/
                                                              Roger W. Titus
                                                       United States District Judge